Roland B. Durocher
HARTELIUS, DUROCHER & WINTER, P.C.
118 6th St. South
P.O. Box 1629
Great Falls, MT 59403-1629
(406) 727-4020
rdurocher@mtlawyers.net
Attorneys for Plaintiffs

**FILED**
JUL 1 1 2018
Clerk, U.S District Court
District Of Montana
Great Falls

MONTANA EIGHTH JUDICIAL DISTRICT COURT,
CASCADE COUNTY

| | |
|---|---|
| Curtis Beck,<br><br>Plaintiffs,<br><br>v.<br><br>Allstate Fire and Casualty Insurance Co., and Does 1-5,<br><br>Defendants. | Cause No. **DDV-18-0305**<br><br>JOHN W. PARKER<br>CV-1893-GF-BMM<br><br>**COMPLAINT** |

COMES NOW the Plaintiff, and for his Complaint, allege as follows:

1. On or about August 15, 2014, Plaintiff Curtis Beck (Curtis) was driving a vehicle on US Highway 312 in Yellowstone County. As Curtis slowed his vehicle to turn, a vehicle driven by Garrett Dan Hauge hit Curtis's vehicle from behind.

2. Hauge was the sole cause of the collision.

3. As a result of the collision, Curtis was injured, and has incurred general and special damages.

4. Curtis was not a cause of the collision, his injuries, or his damages.

5. Garrett Dan Hauge was insured at the time of the collision. His liability insurer paid the per person limit of liability insurance coverage to Curtis, and the coverage has been exhausted. Hauge was released from liability with the permission and agreement of Defendant Allstate Fire and Casualty Insurance Company (Allstate).

6. At the time of the collision, Curtis was covered by an underinsured motorist (UIM) insurance policy issued by Defendant Allstate. Curtis lives in Cascade County, and the insurance contract is to be performed in Cascade County.

7. Hauge was under insured, therefore Curtis is entitled to have the balance of his damages paid by Allstate, up to the limits of his UIM coverage.

8. Despite demand for payment, Allstate has not paid any damages under the UIM coverage.

9. Does 1-5 are persons or entities not yet known to Plaintiffs' who are

or may be legally responsible for Plaintiffs' damages.

WHEREFORE, Plaintiffs pray:

1. For an award of special and general damages in excess of Hauge's liability limits;

2. For attorney fees;

3. For costs of suit; and,

4. For all other relief the Court deems appropriate.

Dated this 29th day of May, 2018.

Roland B. Durocher